**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000526
27-FEB-2020
09:11 AM**

NO. CAAP-19-0000526

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
CHARMAINE K. BUGADO, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH HILO DIVISION
(CASE NO. 3DTC-19-000003)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Chan and Hiraoka, JJ.)

Upon review of the record, it appears that:

(1) On July 12, 2019, self-represented Defendant-Appellant Charmaine K. Bugado (Bugado) conventionally filed the notice of appeal. The district court clerk electronically filed the notice of appeal on July 18, 2019;

(2) On August 30, 2019, the district court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before September 9, 2019, and October 9, 2019, respectively;

(3) Bugado did not file either document or request an extension of time;

(4) On October 23, 2019, the appellate clerk notified Bugado that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on November 4, 2019, for appropriate action,

which could include dismissal of the appeal, under Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Bugado may request relief from default by motion; and

(5) Bugado took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, February 27, 2020.


Chief Judge


Associate Judge


Associate Judge